# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1020**
**CA 13-01267**
PRESENT: CENTRA, J.P., FAHEY, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ALLEN MORRIS,
PETITIONER-APPELLANT,

V                                                      ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH R. NOWOTARSKI OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ZAINAB A. CHAUDHRY OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

        Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered June 10, 2013 in a proceeding pursuant to CPLR
article 78.  The judgment dismissed the petition.

        It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Sanchez v Evans*, 111 AD3d 1315).

Entered:  September 26, 2014                    Frances E. Cafarell
                                                Clerk of the Court